ORIGINAL

In The United States District Court
For The District Of Delaware

L. Royal Fisher,
            Petitioner            :
                                  :   Civil Action # 04-206-JJF
      v.                          :
                                  :
Thomas Carroll, Warden            :
            Respondents.          :

FILED
MAR 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Reconsideration

Petitioner L. Royal Fisher hereby moves this Court for an order of reconsideration of his motions for Appointment of Counsel, and Expansion of the Record, and offers the following:

1) Petitioner present serveral undesputed facts of the state court's failure to obtain a record from New Jersey (hereinafter N.J.) on whether petitioner was ever wanted for a violation of parole and/or probation at any time doing the year of 1993.

2) Any and all records from both N.J. and Delaware (Del.) concerning the parole/probation vio-

lation would assist this Court's decisional making on the issue of the starting point of a sentence, or whether petitioner is being held unconstitutional by the state of Del. due to the Dept. of Correction's (D.O.C.) Commissioner failure to comply with the sentencing order of Del Superior Court on September 15, 1993.

3) If the respondents cannot produce a warrant from the state of N.J. stating he was wanted there for a parole/probation violation, petitioner should have commenced serving his Del sentence on 9/15/93 in accordance with the Del Court's sentencing order (A-5 of Habeas Corpus), while in the state of N.J. from 9/30/93 to 10/31/2000.

4) Petitioner believes the appointment of counsel, and or the expansion of the record would greatly assist this Court in rendering a fair and just decision based soley on the correct records.

5) Petitioner is in the process of trying to ascertain said records through the N.J.-D.O.C., N.J. state Police and Del. Chapter 100 "Freedom Of Information Act". The appointment of counsel could assist petitioner in this quest.

-2-

## In Conclusion

Petitioner says: due to the forgoing, he humbly pray this Court will reconsider his Motion for Appointment of Counsel and Expansion of the record in accordance with Labron v. Grace, 6 F.3d 147-153

Respectfully Yours,

L. Royal Fisher
L. Royal Fisher,
Pro Se

## Certification Of Service

I, L. Royal Fisher, hereby certify that I have served a true and correct Cop(ies) of the attached: <u>Motion For Reconsideration</u> upon the following parties/person(s):

    To: Delaware State Attorney General
        820 North French Street
        Wilmington, Del. 19801

By placing same in a sealed envelope and depositing same in the U.S. Mail at Delaware Correctional Center, 1181 Paddock Road, Smyrna, Del. 19977.
On this 11Th day of March, 2005

                              _L. Royal Fisher_
                              L. Royal Fisher