L. Royal Fisher
D.C.C. #290219
1181 Paddock Rd.
Smyrna, De. 19977

April 21, 2005

Peter S. Dalleo
Office Of The Clerk
U.S. District Court
844 King Street
Wilmington, De.
19801



Re: Fisher v. Carroll,
Civ. Act. No. 04-206-JJF

Dear Mr. Dalleo:

This comes in response to the letter-memo dated 4/19/05 I received from your office regarding the documents (DI #30) which I sent you on 4/12/05. In response to said memo's directive, I have enclosed a copy of a Certificate of Service certifying that copies of all those documents you returned to me was mailed to the Counsel, Del. Attorney General's Office on 4/21/05. I hope this will meet the requirement.

(Otherside)

I wish to thank you for your instructions in this matter. Thank you.

Respectfully Yours,

L. Royal Fisher
L. Royal Fisher

## Certificate of Service

I, <u>L. Royal Fisher</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Letter/addressed to Mr. Pete Dalleo,</u> <u>Clerk of U.S. District Ct. with attachment</u> upon the following

Dated 4-12-05

parties/person (s):

TO: <u>Del. Attorney General Office</u>   TO: _____

<u>820 N. French Street</u>

<u>Wilmington, De. 19801</u>

TO: _____   TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 21th day of April, 2005

L. Royal Fisher







Mr. Peter T. Dalles Clerk
U.S. District Court - Delaware
844 King St. U.S. Courthouse
Wilmington, Del 19801

IMA: Donald Fisher
SBI# 290219  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977