L. Royal Fisher
D.C.C #290219
1181 Paddock Rd.
Smyrna, DE 19977

June 15, 2005

U.S.District Court
District Of Delaware
J. Caleb Boggs Fed. Bldg.
844 King St. / Lockbox 18
Wilmington, DE. 19801

04-206 (JJF)

Re: Fisher vs. Carroll, et al.
    Docket No. _____

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear U.S.D. Court Clerk:

This come to notify this Court of the following:

1. On April 12, 2005 I sent a letter requesting a list of documents to the D.O.C. of the State of Delaware under the Freedom Of Information Act. As of this date I have not received a reply.

2. On this date I sent them a second letter inquiring about my 4/12/05 letter.

3. I have enclosed copies of both letters to be part of my records in the above captioned matter.

The reason for requesting said documents from the Delaware D.O.C. is, I believe they are germain to the pending Habeas Corpus which is before this Court. I suspect that this is why they have not responded to my request. Hopefully, by this Court being notified the Respondents will comply with my request for said records.

Respectfully Yours,

L. Royal Fisher

cc: State Attorney General's Office

## Certificate of Service

I, <u>L. Royal Fisher</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Letter dated 6/15/05 addressed to the U.S.D. Court / District Of DE.</u> upon the following parties/person (s):

TO: <u>State's Attorney General</u>
<u>820 N. French St.</u>
<u>Wilmington, DE. 19801</u>

TO: <u>Custodian Of Records</u>
<u>Del. D.O.C.</u>
<u>245 McKee Rd.</u>
<u>Dover, DE 19904</u>

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this <u>15th</u> day of <u>June</u>, 200<u>5</u>

*L. Royal Fisher*




WILMINGTON DE 198
PM 16 JUN 2005

U.S. District Court Clerk
J. Caleb Boggs Fed. Bldg.
844 King St. / Lockbox 18
Wilmington, De 19801



IMR. Royal Feilher
SBI# 290519  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Docket # C.A. # 04-206-JJF