L. Royal Fisher
DOC #290219
1181 Paddock Rd.
Smyrna, DE 19977

June 15, 2005

Custodian Of Records
Del. Dept. Of Corr.
245 McKee Roard
Dover, DE 19904

    RE: Lee Royal Fisher, SBI #290219
      <u>Freedom Of Information Act</u>

Dear Custodian:

  This come to inquire about a letter dated April 12, 2005 I sent you requesting a list of documents under the State's Freedom Of Information Act Titled 29 Ch. 100 §10002 and §10005. I have enclosed a copy of said letter with the listed records I requested.

  As of this date, I have not recieved a reply nor any documents from you or your office. Would you kindly inform me as to what I need to do further to obtain copies of the requested records and/or recieve a reply from your office?

  Your consideration in this matter will be most appreciated as said documents are needed in my Federal Habeas Corpus which is pending before the U.S.D. Court.

              Respectfully Yours,

              *L. Royal Fisher*
              L. Royal Fisher

cc: U.S.D. Court/District Of Del.