L. Royal Fisher
D.C.C. #290219
1181 Paddock Rd.
Smyrna, DE. 19977

April 12, 2005

Custodian Of Records
Dept. Of Corr. /Del.
245 McKee Roard
Dover, Del. 19904

        RE:  Lee Royal Fisher, SBI#290219
              Freedom Of Information Act

Dear Cutodian Of Records:

    This come to request the following records under the State's Freedom Of Information Act Title 29 Ch.100 §10002 and §10005. The records are:

1. Copies of any and all warrants issued or filed against me in the year of 1993
2. Copies of any and all Parole and/or Probation violation filed against me in 1993 by the State of N.J. D.O.C.
3. Any and all communications between the States of Delaware and New Jersey regarding my return or transfer to N.J. from Del in 1993
4. Any and all communications between the states of N.J. and Del requesting my return to Del from N.J. between the years of 1993 through 2000.
5. Copies of all signed discharged papers discharging me from the custody of N.J. to the custody of Del in 2000.
6. Copies of my Interstate Correctional Compact Agreement I signed in 1993 to be transferred to Del.
7. And any and all documents pertanining to my my Interstate transfers between the states of N.J. and Del in the years of 1993 and 2000.

    These records (documents) are germane to my pending Federal Hab. I make this request under §10002(13) and §10005(a)(b)(e) of Title 29 Chapter 100 of the States' Freedom Of Information Act. Your consideration in this request will be most appreciated. Thank you.

FREEDOM OF INFORMATION ACT Request Continues.

                                             Respectfully Yours,

                                             *L. Royal Fisher* (signature)
                                             L. Royal Fisher
                                             D.C.C. #290219
                                             1181 Padock Rd.
                                             Smyrna, Del. 19977

cc: U.S. District Court - Distrect of Delaware