IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

L. ROYAL FISHER,                         :
                                         :
            Petitioner,                  :
                                         :
      v.                                 :   Civ. Act. No. 04-206-JJF
                                         :
THOMAS L. CARROLL, Warden, and           :
M. JANE BRADY, Attorney General,         :
                                         :
            Respondents.                 :

### O R D E R

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner L. Royal Fisher's Petition For A Writ Of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 1; D.I. 9; D.I. 11.)

2. Petitioner's Motion For Reconsideration Of The Court's Denial Of His Motion For The Appointment Of Counsel And His Motion To Expand The Record is DENIED as moot. (D.I. 29.)

3. The Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

Dated: June 29, 2005

                                    _____
                                    UNITED STATES DISTRICT JUDGE