NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

ORIGINAL

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: C.A. #04-206-JJF

L. Royal Fisher, Petitioner

v.

Thomas L. Carroll, Respondents

DISTRICT COURT
JUDGE: Joseph J. Farnan, Jr.

Notice is hereby given that  I, L. Royal Fisher
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on  June 29, 2005
(date)

Dated: July 6, 2005

**FILED**
**JUL 1 4 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pro Se Litigant
(Counsel for Appellant-Signature)

L. Royal Fisher, pro se
(Name of Counsel - Typed)

1181 Paddock Rd.
(Address)

Smyrna, DE 19977
(City, State Zip)

_____
(Telephone Number)

Gregory E. Smith, D.A.G.
(Counsel for Appellee)

820 N. French St. Ste. 7th Fl.
(Address)

Wilmington, DE 19801
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. ROYAL FISHER, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 04-206-JJF |
| THOMAS L. CARROLL, Warden, and M. JANE BRADY, Attorney General, | : |
| Respondents. | : |

## O R D E R

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner L. Royal Fisher's Petition For A Writ Of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 1; D.I. 9; D.I. 11.)

2. Petitioner's Motion For Reconsideration Of The Court's Denial Of His Motion For The Appointment Of Counsel And His Motion To Expand The Record is DENIED as moot. (D.I. 29.)

3. The Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

Dated: June 29, 2005

_____
UNITED STATES DISTRICT JUDGE

# Certificate of Service

I, <u>L. Royal Fisher</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Notice of Appeal to U.S. Court Of Appeals, Third Circuit</u> upon the following parties/person (s):

TO: <u>Gregory E. Smith, D.A.G.</u>    TO: _____

<u>820 N. French St. 7th Fl.</u>    _____

<u>Wilmington, DE 19801</u>    _____

_____    _____

_____    _____

TO: _____    TO: _____

_____    _____

_____    _____

_____    _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this <u>12th</u> day of <u>July</u>, 2005.

*L. Royal Fisher* (signature)





U.S.D. Court Clerk
844 N. King St., Lockbox 18
Wilmington, DE
19801

I/M R. Royal Fisher
SBI# 290219 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977