**FPS-428**                                                      **August 9, 2005**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **05-3445**

Fisher v. Carroll
(District of Delaware No. 04-cv-00206)


To:  Clerk



   1)   Application to Proceed In Forma Pauperis

_____

      The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.




                                            For the Court,


                                            /s/Marcia M. Waldron
                                            Clerk

Dated: August 12, 2005
CRG/cc: Mr. L. Royal Fisher
        Gregory E. Smith, Esq.

**A True Copy:**

Marcia M. Waldron

Marcia M. Waldron, Clerk