BPS-386                                                                September 29, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-3445**

L. ROYAL FISHER

vs.

WARDEN THOMAS CARROLL, ET AL.

(D. DEL. CIV. NO. 04-CV-00206)

Present:    RENDELL, FISHER AND VAN ANTWERPEN, CIRCUIT JUDGES

Submitted are:

(1)  Appellant's application for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2)  Appellant's supplemental memorandum in support

in the above-captioned case.

Respectfully,


Clerk

MMW/LLB/crg

ORDER

**The foregoing** request for a certificate of appealability is denied for failure to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). The habeas petition lacks merit for the reasons given by the District Court in its thorough opinion.

By the Court,

/s/ *Franklin S. Van Antwerpen*
Circuit Judge

Dated: October 12, 2005
CRG/cc: Mr. L. Royal Fisher
         Gregory E. Smith, Esq.



**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk